1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE WESTERN DISTRICT OF WASHINGTON

10                             AT SEATTLE

11   SHARON DAVIS,
                                              No. 2:20-cv-1090
12                         Plaintiff,
                                              NOTICE OF REMOVAL TO
13          vs.                               FEDERAL COURT

14   SAFEWAY, INC., a Washington
     Corporation DBA as SAFEWAY STORE
15   #1449

16                         Defendant.

17
            Please take notice that Defendant Safeway Inc. hereby removes to the United
18
     States District Court for the Western District of Washington the action described below.
19
     On May 7, 2020, Defendant Safeway Inc. was served with a summons **(Attachment 1**)
20
     and complaint (**Attachment 2**) in an action entitled *Sharon Davis v. Safeway, Inc. d/b/a*
21
     *Safeway Store #1449*.  The  first date upon which Safeway Inc. received a copy of this
22
     complaint was May 7, 2020.  Plaintiff subsequently filed the action in King County
23
     Superior Court, cause number 20-2-09026-3-SEA.
24

25

NOTICE OF REMOVAL TO
FEDERAL COURT - 1
R:\6901\PLEADINGS\remove.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1   The complaint does not specify the amount of damages being claimed by the

2   Plaintiff.  Pursuant to RCW 4.28.360, Safeway propounded a request for a statement of

3   the damages Plaintiff is claiming in this matter.  On July 7, 2020, Plaintiff served Safeway

4   with a statement of damages claiming more than $75,000 in damages (**Attachment 3**).

5   There is complete diversity because the Plaintiff is a citizen of the State of

6   Washington and Defendant Safeway Inc. is a corporation organized under the laws to the

7   State of Delaware with its principle place of business in the State of California.

8   This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)

9   because it is between citizens of different states and the amount in controversy exceeds

10  $75,000.  This claim is removable to federal court by the defendant pursuant to 28 U.S.C.

11  §1441 based on diversity jurisdiction.

12  **INTRADISTRICT ASSIGNMENT**

13  The case is currently pending in King County so LCR 3(e) indicates it will be

14  initially assigned to a Seattle Judge.[1]

15  A civil case cover sheet is attached as **Attachment 4**.

16  Dated:  July 15, 2020.

17  TURNER KUGLER LAW, PLLC

18  By:_____s/ John T. Kugler_____
        John T. Kugler, WSBA # 19960
19      Attorney for Defendant Safeway Inc.

20

21

22

23  [1] This case has no connection to King County or other counties in the Western
    District of Washington. It arises out of an incident which occurred in Wenatchee, Chelan
24  County, Washington, located in the Eastern District of Washington.  Plaintiff resides in
    Wenatchee, the subject Safeway store is located in Wenatchee and the witnesses,
25  including Safeway store employees, Plaintiff's health care providers and others, are
    located in or near Wenatchee.

NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6901\PLEADINGS\remove.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1

## CERTIFICATE OF SERVICE

2
 I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court

3
using the CM/ECF system which will send notification of such filing to the following:

4
  Attorneys for Plaintiff:
  Christopher J. Brester    Heather D. Webb

5
  GLP Attorneys, P.S., Inc.   GLP Attorneys, P.S., Inc.
  18 S. Mission St, Ste. 203   1854 S. Burlington Blvd.

6
  Wenatchee, WA 98801    Burlington, WA 98233
  cbrester@glpattorneys.com  hwebb@glpattorneys.com

7
and I hereby certify that I have mailed by United States Postal Service the document to the following non-

8
CM/ECF participants:

9
  none

10
     *s/ John T. Kugler*
     JOHN T. KUGLER, WSB #19960

11
     Attorney for Defendant Safeway Inc.
     TURNER KUGLER LAW, PLLC

12
     6523 California Ave SW #454
     Seattle, WA 98136-1833

13
     Telephone: (206) 659-0679
     E-mail: john@turnerkuglerlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6901\PLEADINGS\remove.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679