UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON DAVIS,

              Plaintiff,

    v.

SAFEWAY INC.,

              Defendant.

C20-1090 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having reviewed the parties' responses, docket nos. 15 & 16, to the Court's order to show cause why this case cannot be transferred to the Eastern District of Washington, docket no. 13, and for the convenience of non-party witnesses and in the interest of justice, this case is hereby TRANSFERRED to the District Court for the Eastern District of Washington, pursuant to the consent of the parties. *See* 28 U.S.C. § 1404(a); and

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record, immediately TRANSFER this matter to the Eastern District of Washington, and administratively CLOSE this case.

    Dated this 26th day of July, 2021.

                                    Ravi Subramanian
                                    Clerk

                                    s/Gail Glass
                                    Deputy Clerk

MINUTE ORDER - 1