THE HONORABLE SALVADOR MENDOZA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Washington Corporation DBA as SAFEWAY STORE #1449<br><br>        Defendant. | No. 2:21-cv-00224-SMJ<br><br>STIPULATED MOTION TO DISMISS |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims in the above-entitled matter have been fully settled and compromised and this matter may be dismissed with prejudice and without costs. The parties request that the court enter the subjoined order. Notice of presentment is waived.

Dated: December 13, 2021.

| | |
|---|---|
| GLP ATTORNEYS, P.S., INC. | TURNER KUGLER LAW, PLLC |
| By:   s/ Christopher J. Brester<br>     Christopher J. Brester, WSBA #34321<br>     Attorney for Plaintiff | By:   s/ John T. Kugler<br>     John T. Kugler, WSBA # 19960<br>     Attorney for Defendant |

STIPULATED MOTION TO DISMISS - 1

R:\6901-SFW-21\PLEADINGS\dismiss.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

## II. ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DONE IN OPEN COURT this _____ day of December, 2021.

_____
Salvador Mendoza, Jr.
U.S. District Court

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By:   s/ John T. Kugler
   John T. Kugler, WSBA # 19960
   Attorney for Defendant Safeway Inc.

STIPULATED MOTION TO DISMISS - 2
R:\6901-SFW-21\PLEADINGS\dismiss.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorneys for Plaintiff:

| Christopher J. Brester | Heather D. Webb | Bemjamin Compton |
| --- | --- | --- |
| GLP Attorneys, P.S., Inc. | GLP Attorneys, P.S., Inc. | GLP Attorneys, P.S., Inc. |
| 18 S. Mission St, Ste. 203 | 1854 S. Burlington Blvd. | 2601 4th Ave Fl 6 |
| Wenatchee, WA 98801 | Burlington, WA 98233 | Seattle, WA 98121 |
| cbrester@glpattorneys.com | hwebb@glpattorneys.com | |

Co-Attorney for Safeway Inc.
Roy Umlauf
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Ste. 1400
Seattle, WA 98164
roy@foum.law

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

STIPULATED MOTION TO DISMISS - 3

R:\6901-SFW-21\PLEADINGS\dismiss.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679